J. W. INMAN COMPANY, INC., Respondent, v. GERTRUDE A. T. DIX, Appellant.— Orders unanimously affirmed, with ten dollars costs and disbursements. Lyon, J., not sitting.

In the Matter of the Estate of F. AUGUSTUS HEINZE, Deceased. OTTO C. HEINZE, Appellant; WALTER A. FULLERTON and Another, Respondents.— Decree unanimously affirmed, with costs. Lyon, J., not sitting.

In the Matter of the Claim of TONY STAVORAKO, Respondent, for Compensation under the Workmen's Compensation Law, v. CASSIDY'S, LIMITED, Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, Insurance Carrier, Appellants.— Award reversed, and claim dismissed, on the ground that the claimant is not entitled to the benefit of the act. All concurred. Lyon, J., not sitting.

In the Matter of the Claim for Compensation under the Workmen's Compensation Law Made by MAUDE J. SLOAT and Minor Son, Respondents, for the Death of WARREN SLOAT, v. ROCHESTER TAXICAB COMPANY, Employer, and LONDON GUARANTEE AND ACCIDENT COMPANY, Insurance Carrier, Appellants.— Motion denied.

BERNARD S. NATELSON, Appellant, v. FRANK KINNIE, Respondent.— Judgment and order affirmed, with costs. All concurred, except Lyon, J., not voting.

FRANK S. O'NEIL, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 2763A.) — Judgment of the Court of Claims unanimously affirmed, with costs. Lyon, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK v. THE METROPOLITAN SURETY COMPANY. (Claim No. 1120.) — Motion to dismiss appeal granted.

THE PEOPLE OF THE STATE OF NEW YORK v. THE METROPOLITAN SURETY COMPANY. (Claim No. 1119.) — Motion to dismiss appeal granted.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. P. J. CARLIN CONSTRUCTION COMPANY and CALLAHAN-KINGSLEY COMPANY, INC., Respondents, v. WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Appellant.— Order unanimously affirmed, without costs. Lyon, J., not sitting. (See ante, p. 928.)

CHARLES H. STARKE, Appellant, v. THE CATSKILL AND ALBANY STEAMBOAT COMPANY, LIMITED, and W. ALLISON BEAR, Respondents.— Judgment and order unanimously affirmed, with costs. Lyon, J., not sitting.

WILLIAM STEWART, as Trustee in the Matter of HENRY SULGER, a Bankrupt, Respondent, v. HENRY SULGER and ELLA L. SULGER, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Lyon, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SARANAC LAND AND TIMBER COMPANY v. THE EXTRAORDINARY SPECIAL AND TRIAL TERM OF THE SUPREME COURT, Appointed to Be Held in Schenectady County on March 17, 1917, Hon. WILLIAM W. CLARK, the Justice of this Court, Appointed to Hold Such Term, and JAMES A. ROBERTS, as Comptroller of the State of New York, Defendant in Two Actions now Pending in this Court, brought by said SARANAC LAND AND TIMBER COMPANY.— The motion for a writ of prohibition is sent to the Fourth Department.